UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

CARL HUNTLEY                    CIVIL ACTION NO. 6:13-cv-2633
LA. DOC #104096
VS.                                  SECTION P

JUDGE RICHARD T. HAIK, SR.

WARDEN HOWARD PRINCE      MAGISTRATE JUDGE C. MICHAEL HILL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 3rd day of January, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE